UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Spivak & Sakellariou LLC,

        Plaintiff(s)

vs.                                   Case Number: 1:18-cv-683
                                                 (Black)

Wynpoints Resort Rentals Inc.,

        Defendant(s)

## CERTIFICATE OF MAILING BY CLERK

    A summons and complaint has been sent via certified mail by the Clerk of the United States District Court for the Southern District of Ohio on October 9, 2018. A copy of the certified mail envelope is attached to reflect the party served.

BY:    s/Ben Codispoti
           Deputy Clerk