FICE
TES DISTRICT COURT
wart Courthouse
Street
H 45202





7012 3460 0001 3036 9506

US POSTAGE
$ 07.61
Mailed From 44113
10/04/2018
031A 0004192170

Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202

NOV 10 2018
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

-R-T-S-
34786-RFS-1N
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER
11/05/18

10/15
10/80
11/1
Ret

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WYNDPOINTS RESORT
C/O DONALD DEVLIN
9300 CONROY WINDERMERE RD.
UNIT 2641
WINDERMERE, FL 34786

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:18-cv-613
Rule 4.2

3. Service Type
☒ Certified Mail ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7012 3460 0001 3036 9506

PS Form 3811, July 2013    Domestic Return Receipt